# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Wilds John C Jr,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 1-21-cv-142-mw/GRJ
*(To be filled in by the Clerk's Office)*

v.

Supervising officer,

Fed building Present,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Thursday July 22 2021

**Jury Trial Requested?**
☒ YES ☐ NO

FILED USDC FLND GV
SEP 2 '21 PM4:01

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Wilds John C Jr

   Address: 4103 SW 17th PL

   City, State, and Zip Code: Gainesville FL 32607-3905 

   Telephone: _____ (Home) 352 642 4243 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Federal Building security on July 22 2021

   Official Position: Supervisor

   Employed at: Down Town Federal building

   Mailing Address: 401 SE 1st Ave #307
   Gainesville FL 32601

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____
   _____

   ☐ Sued in Individual Capacity     ☒ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

Federal Law and State Law Fla 413.08: Sec, 3b state, To determine difference between a service animal and a pet a public accomodation may ask (1) Is animal a service animal due to a disability (2) What work or task animal has been Trained To do

Federal Law and State Law FL 413.08sec3a state: Service animal must be under control of its handler and must have a harness leash or other tether, Unless the handler is unable because of disability to use harness leash or tether or harness leash or tether would interfere with service animals safe, effective performance of work or tasks, in which case the service animal must be otherwise under control by handler by means of voice control, signals or other effective means. Upon entry of the Federal building on Thursday July 22. 2021, I was immediately told my dog must be on leash. Video evidence exhibit (A) will show not one person asked if she was a service dog, or what service she provides. Video also shows my service companion acted appropriately when asked for names I was refused

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

rights under FL. 413.08 sec 3a
FL. 413.08 sec 3b

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Wish to be allowed in building with service dog as allowed by law. Wish to be compensated $550.00 for legal expenses

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 1/26/2021  Plaintiff's Signature: _____

Printed Name of Plaintiff: Wilds John C Jr

Address: 4103 SW 17th PL
Gainesville FL 32607-3905

E-Mail Address: Anyumerica0@gmail.com

Telephone Number: 352 642 4243

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*