UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Wilds John L Jr ,

_____ ,

_____ ,
*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 1:21 CV 142 MW-G-RJ
*(To be filled in by the Clerk's Office)*

v.

Gainesville Federal Building

Security Officers ,
*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☒ YES ☐ NO



# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Wilds John C Jr

   Address: 4103 SW 17th PL

   Gainesville FL 32607-3405

   City, State, and Zip Code: _____

   Telephone: 352 642 4243 *(Home)* _____ *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Gainesville Federal Building security_

   Official Position: _Security Officers_

   Employed at: _Gainesville Federal building_

   Mailing Address: _401 SE 1st Ave_

   _Gainesville FL 32601_

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*) ☐ State/Local Officials (*§ 1983 case*)

III. **STATEMENT OF FACTS**

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

On said date, defendants did in fact deny plantiff's entry into Federal Building, at 401 SE 1st Ave. He was told he had to leash his trained service dog before he could enter. Plantiff has video to support his statement. It shows defendants violate Fed. Statue 413.08 sec 3A. Video shows service dog was well behaved never leaving her owners side.

Plantiff has Dr's diagnosis of Schizophrenia, PTSD and blackouts along with psychosis. A leash would hinder my service dog from doing her trained job. This could pose a hazard to her and/or her handler if a blackout occurs.

Example: During a blackout the leash could get wrapped around leg causing handler to fall. Which could injure himself and/or his service dog. Service animal must be free to move around handler to effectively bring handler out of blackout. She must be free to enter doorways to sense a possible trigger or not. There should only be two questions asked of the handler: 1- Is that a service animal? 2- What service they provide.

The building security had no right to demand her be on a leash or refuse me entry. This is Federal and state law.

Thank You,

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Fl. Statute 413.08 sec. 3A and federal guidelines under the ADA ~~act~~ Act.

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Retrain staff and change policy. Allow my service dog in without a leash as required by law.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 11/24/21  Plaintiff's Signature: _____

Printed Name of Plaintiff: Wilds John C Jr

Address: 4103 SW 17Th PL

Gainesville FL 32607-3405

E-Mail Address: Anyamerica0@Gmail.com
                          ^
                         zero

Telephone Number: 352 642 4243

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*