IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN C. WILDS, JR.,

     Plaintiff,

v.                                                       CASE NO. 1:21-cv-142-MW-GRJ

AKHI LLC and AHTNA
PROFESSIONAL SERVS. INC.,

     Defendants.

_____/

## **SHOW CAUSE ORDER**

Pending before the Court is Defendants' Motion to Dismiss, ECF No. 26, to which Plaintiff, proceeding *pro se* and in forma pauperis, has failed to respond.

Accordingly, it is **ORDERED** that:

1.    Plaintiff must show cause **on or before June 29, 2022,** as to why Defendants' motion should not be granted.

2.    Failure to comply with this order within the allotted time will result in a recommendation that the motion be granted as unopposed and this case be dismissed without further notice for failure to prosecute and for failure to comply with a court order.[1]

---

[1] *See Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) ("Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order.").

**DONE AND ORDERED** this 8th day of June 2022.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge