IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOHN C. WILDS, JR.,**

  *Plaintiff*,

v.  Case No.: 1:21cv142-MW/GRJ

**AKHI LLC and AHTNA
PROFESSIONAL SERVICES
INC.,**

  *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 33. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 33, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 26, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on August 30, 2022.**

                              s/Mark E. Walker                    
                              **Chief United States District Judge**